In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-05-083 CV


____________________



IN RE DONNELL GARRETT






Original Proceeding






MEMORANDUM OPINION (1)


 On March 7, 2005, Donnell Garrett filed a petition for writ of mandamus. We
notified the relator of defects in the petition, and granted additional time to file an amended
petition. On April 5, 2005, the relator filed a motion to dismiss the petition.

 Accordingly, this original proceeding is dismissed without prejudice and without
reference to the merits.

 WRIT DISMISSED.

 PER CURIAM


Opinion Delivered April 21, 2005 

Before McKeithen, C.J., Gaultney and Horton, JJ.
1. Tex. R. App. P. 47.4.